**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| J.H.,* et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:21cv856 |
| | ) | |
| HARFORD MUTUAL INSURANCE, GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

For the reasons stated in the Opinion dated March 27, 2023, and the Opinion entered concomitantly herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs for $2 million under the Big Boss Excess Policy, plus prejudgment interest at an annual rate of 8% beginning October 2, 2019, through the date of this judgment, plus post-judgment interest as allowed by law.

This 20th day of June, 2023.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

* Federal Rule of Civil Procedure 5.2(a)(3) mandates the use of initials when referring to J.H. and E.H., minors.