UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:21-CV-856-TDS-LPA

| | |
|---|---|
| J.H. and E.H., by and through their Guardian Ad Litem, ERICA CHAMBERS; and ERICA CHAMBERS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>HARFORD MUTUAL INSURANCE GROUP, INC. and THE HARFORD MUTUAL INSURANCE COMPANY,<br><br>Defendants. | **NOTICE OF APPEAL** |

Defendants Harford Mutual Insurance Group, Inc., and The Harford Mutual Insurance Company, by and through undersigned counsel, appeal to the United States Court of Appeals for the Fourth Circuit the Order granting Plaintiffs' Motion for Judgment on the Pleadings and Denying Defendants' Motion for Judgment on the Pleadings, [D.E. 39], and the Order granting Plaintiffs' request for judgement interest, [D.E. 43].

This the 10th day of July, 2023.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY: /s/ William A. Bulfer
William A. Bulfer, N.C. State Bar No. 31424
Daniel T. Strong, N.C. State Bar No. 49546
P.O. Box 19207
Raleigh, North Carolina 27619-9207
Telephone: (919) 873-0166
Fax: (919) 873-1814
wbulfer@teaguecampbell.com
dstrong@teaguecampbell.com

*Attorneys for Harford Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

This the 10th day of July, 2023.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY: /s/ William A. Bulfer
William A. Bulfer, N.C. State Bar No. 31424
Daniel T. Strong, N.C. State Bar No. 49546