FILED: August 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-1733
(1:21-cv-00856-LPA)

---

J.H., by and through their Guardian Ad Litem, Erica Chambers; E.H., by and through their Guardian Ad Litem, Erica Chambers; ERICA CHAMBERS, individually

Plaintiffs - Appellees

v.

HARFORD MUTUAL INSURANCE GROUP, INC.; THE HARFORD MUTUAL INSURANCE COMPANY

Defendants - Appellants

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK